IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **LAGATHER DILLON** | **PLAINTIFF** |
| v. | CAUSE NO. 1:23-cv-134-LG-BWR |
| **PICAYUNE SCHOOL DISTRICT** | **DEFENDANT** |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

**BEFORE THE COURT** is the [13] Motion to Dismiss Complaint filed by Plaintiff LaGather Dillon pursuant to Fed. R. Civ. P. 41(a)(2). Defendant Picayune School District does not oppose the Motion. Given that all parties are in agreement and the requirements of Fed. R. Civ. P. 41(a)(2) have been satisfied, the Court finds that the Motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [13] Motion to Dismiss filed by Plaintiff LaGather Dillon is **GRANTED**. This lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 15th day of November, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge